UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE G. PUENTE,<br><br>    Plaintiff,<br><br>    v.<br><br>PENSCO COMPANY LLC,<br><br>    Defendant. | Case No. 15-cv-02292-WHO<br><br>**ORDER OF DISMISSAL** |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 29, 2015

_____
WILLIAM H. ORRICK
United States District Judge